UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| SHAWN W. BYRNE,<br>    Plaintiff<br><br>v.<br><br>NEAL LUNDERVILLE, in his official capacity as Vermont Secretary of Transportation; and<br>BONNIE L. RUTLEDGE, in her official capacity as Vermont Commissioner of Motor Vehicles,<br>    Defendants | :<br>:<br>:<br>:  File No. 1:05-CV-15<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 9, 2007. (Paper 92). After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Plaintiff's Motion for Summary Judgment (Paper 63) is DENIED. Defendants' Motion for Summary Judgment (Paper 71) is GRANTED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 28th day of September, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge